**Opinion issued August 30, 2012**



In The

# Court of Appeals

For The

# First District of Texas

———————————

NO. 01-12-00232-CV

———————————

**5700 THOUSAND OAKS, L.L.C., Appellant**

**V.**

**PRESTO MAINTENANCE SUPPLY, INC., Appellee**

---

**On Appeal from County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 997493**

---

**MEMORANDUM OPINION**

This is an appeal from a judgment signed November 30, 2011.  On April 17, 2012, the parties filed a joint agreed motion to dismiss the appeal in order to effectuate a Rule 11 settlement agreement.  *See* TEX. R. APP. P. 42.1(a)(2).

The motion is granted, and the appeal is dismissed without prejudice.  *See* TEX. R. APP. P. 42.1(a)(2), 43.2(f).  We dismiss any other pending motions as moot. The Harris County Clerk is directed to return the Supersedeas Bond filed in the above-captioned appeal or in Cause No. 997,493 to appellant, 5700 Thousand Oaks, L.L.C.  The Clerk of this Court is directed to issue mandate within 10 days of the date of this opinion.  *See* TEX. R. APP. P. 18.1.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.